**410  CURTIS vs. PROBATE JUDGE (Cass), 35 M., 219.**

To compel respondent to proceed at once to set off to relator, a widow, her statutory allowance.

Granted October 27, 1876.

Relator having filed her application, the probate judge denied the same.   On appeal his action was reversed.   When the order of the Circuit Court was certified to the probate judge it became the duty of that officer to proceed at once, when applied to, to make the allowance.   The reason assigned for his not doing so is, that a motion had been made in the Circuit Court to set aside its order.

Held, that this motion did not amount to a stay of proceedings.

**411  PULLING vs. PROBATE JUDGE (Wayne), No. 11663, 85 M., 34.**

To compel respondent to make an order granting an allowance to relator out of the estate of her deceased husband, pending the settlement of her estate, the same having been refused because of an ante-nuptial agreement by which it was claimed that relator had relinquished her right to an allowance.

Granted February 27, 1891, with costs.

**412  PULLING vs. PROBATE JUDGE (Wayne), No. 12352, 88 M., 387.**

To compel respondent to make a further allowance to relator out of the estate of her deceased husband, and to set aside an order assigning the estate, out of which such allowance should be paid, to the devisees, in the absence of any testimony tending to show the then present needs and circumstances of the relator.

Denied November 18, 1891, with costs.